11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT



Iva Hodges,                      * From the 42nd District
                                   Court of Taylor County,
                                   Trial Court No. 48,398-A.

Vs. No. 11-13-00209-CV           * August 31, 2015

First Texas Title Company, LLC,      * Memorandum Opinion by Willson, J.
                                   (Panel consists of: Wright, C.J.,
                                   Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Iva Hodges.